PAMELA M. COPELAND, ESQ.
*Attorney at Law*
*38 Hillcrest Blvd.*
*Warren, New Jersey 07059-5160*
*(908)391-5823*
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO. 09-428

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| v. : | |
| JOHN MICHAEL SCANLON, | ORDER |
| True name: Scanlan : | |
| Defendant : | |

THIS MATTER having been opened to the Court by attorney for defendant for entry of an Order releasing defendant, John Michael Scanlon, true name: Scanlan, from supervised release by the U.S. Probation Department, and the Court having read and considered the motion papers, and for good cause shown,

IT IS on this /6 day of August, 2010 hereby

ORDERED that Defendant's motion is granted. He is hereby released from supervised release by the U.S. Probation Department effective the date of this Order.

_____
WILLIAM H. WALLS, SR., U.S.D.J.

16 Aug 2010